# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5178**  September Term, 2023

1:21-cv-02433-CKK

Filed On: November 20, 2023 [2027874]

Katherine Daniela Pacheco Quiros, et al.,

    Appellees

Gulshan Karimova,

    Appellant

    v.

Molly Amador, Deputy Consul General and Visa Unit Chief U.S. Embassy in Costa Rica, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 26, 2024 |
| Appellant's Reply Brief | February 16, 2024 |
| Deferred Appendix | February 23, 2024 |
| Final Briefs | March 8, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk