# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5178**  **September Term, 2023**

**1:21-cv-02433-CKK**

**Filed On: May 6, 2024** [2053130]

Katherine Daniela Pacheco Quiros, et al.,

        Appellees

Gulshan Karimova,

        Appellant

    v.

Molly Amador, Deputy Consul General and
Visa Unit Chief U.S. Embassy in Costa Rica,
et al.,

        Appellees

      **BEFORE:**    Circuit Judges Henderson, Millett, and Pillard

## <u>COURTROOM MINUTES OF ORAL ARGUMENT</u>

PROCLAMATION BEING MADE, the Court opened on Monday, May 6, 2024 at 9:34 a.m.
The cause was heard as case No. 2 of 3 and argued before the Court by:

    Michael E. Piston, counsel for Appellant.

    Erin T. Ryan (DOJ), counsel for Appellees.


AT ARGUMENT, the Court:

  Ordered the government to file a 28(j) letter on the public record of administrative
processing.


                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

          BY:    /s/
                  Anne A. Rothenberger
                  Deputy Clerk